**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Docket no. 03-cr-38-P-S |
| DOUGLAS LAFRANCE, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER DENYING REQUEST FOR SENTENCE REDUCTION**

Before the Court is Defendant's pro se Motion for Sentence Reduction (Docket # 36). Via this submission, Defendant seeks a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and the recent amendments to the Sentencing Guidelines related to crack cocaine. After reviewing the file, the Court has determined that this Defendant was sentenced to 152 months based on a finding that he was Career Offender under USSG § 4B1.1. Because this Career Offender finding determined his offense level under the Guidelines, Defendant's sentence was not derived from or affected by a calculation of crack cocaine quantity and USSG § 2D1.1. Thus, the recent revisions pertaining to crack cocaine quantity do nothing to change the Defendant's Guideline range and do not provide a basis for the Court to reduce his sentence in accordance with 18 U.S.C. § 3582(c).

For this reason, the Court hereby DENIES Defendant's Motion.

SO ORDERED.

                                                        /s/ George Z. Singal
                                                       Chief U.S. District Judge

Dated this 19th day of February, 2008.